JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM INVESTMENT GROUP, LLC and EDWIN NOVEL,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO, NATIONAL ASSOCIATION, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 20-cv-10219 AB (AFMx)<br><br>*Assigned to the Hon. Andre Birotte Jr., Ctrm. 7B*<br><br>[~~PROPOSED~~] JUDGMENT |

Pursuant to the Court's February 25, 2021 Order Granting Motion to Dismiss First Amended Complaint and ordering that the First Amended Complaint in this action be dismissed with prejudice, the Court hereby ENTERS judgment in favor of Defendant Wells Fargo, N.A. and against Plaintiffs Dream Investment Group, LLC and Edwin Novel on all claims. Plaintiffs Dream Investment Group, LLC and Edwin Novel shall take nothing by way of this action. Defendant Wells Fargo Bank, N.A. shall recover its costs incurred herein.

Dated: March 16, 2021

ANDRE BIROTTE JR.
UNITED STATES DISTRICT COURT

1